**DISMISS and Opinion Filed August 24, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00045-CV**

**KYLE JONES, Appellant**
**V.**
**FINAU SIALE, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-06677**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

After appellant failed to timely file his brief, we directed appellant by postcard dated August 1, 2022 to file his brief within ten days and cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


        /Robert D. Burns, III/
        ROBERT D. BURNS, III
        CHIEF JUSTICE


220045F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KYLE JONES, Appellant

No. 05-22-00045-CV      V.

FINAU SIALE, Appellee

On Appeal from the 95th District Court, Dallas County, Texas
Trial Court Cause No. DC-20-06677.
Opinion delivered by Chief Justice Burns. Justices Goldstein and Smith participating.

      In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered August 24, 2022